COMMONWEALTH *vs.* WILLIAM CONNELL.

The attestation of papers from a police court by one who assumes to act as clerk *pro tempore* and uses the seal of said court, is *prima facie* sufficient.

COMPLAINT made in the police court of Cambridge for keeping a liquor nuisance. After a verdict of guilty in the superior court, on appeal, the defendant moved in arrest of judgment on the ground that the complaint and warrant were informal and insufficient. The informality relied upon was, that the complaint was sworn to before "James B. Stacy, clerk *pro tem.*," and the warrant, which was issued under the seal of the police court, was signed by the same person ; and there was nothing in

the record of the case showing the absence, death or removal of the clerk. The motion was overruled, and the defendant appealed to this court.

*W. S. Gardner,* for the defendant.

*Foster,* A. G., for the Commonwealth.

DEWEY, J. This motion in arrest of judgment must be overruled. The attestation of the papers by " James B. Stacy, clerk *pro tem.*" is *prima facie* sufficient, without adding to his signature the cause of his appointment as clerk *pro tempore.* The statute has provided for such appointment " in case of the absence, death or removal " of the clerk, but the cause need not be stated on the various papers which the clerk *pro tempore* is. required to attest. In the absence of evidence to the contrary, the party thus certifying is to be taken to have been appointed for sufficient cause. *Motion overruled.*